# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7<br><br>v.<br><br>TERRY PATRICK GORMAN a/k/a TERRANCE P. GORMAN, KAREN GORMAN, WELLS FARGO BANK, N.A. f/k/a WELLS FARGO HOME MORTGAGE, INC., TEXAS CUSTOM POOLS, INC. d/b/a RIVERBEND SANDLER POOLS, NELSON ARCHITECTURAL ENGINEERS, INC., HIGHLANDS OF PLANO PRESTON RIDGE HOMEOWNERS ASSOCIATION, INC., and UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:17-CV-352<br>(Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 16, 2017, the report of the Magistrate Judge (Dkt. #54) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment (Dkt. #28) be denied as moot.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. #28) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 20th day of December, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE