# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7<br><br>v.<br><br>TERRY PATRICK GORMAN a/k/a TERRANCE P. GORMAN, KAREN GORMAN, WELLS FARGO BANK, N.A. f/k/a WELLS FARGO HOME MORTGAGE, INC., TEXAS CUSTOM POOLS, INC. d/b/a RIVERBEND SANDLER POOLS | § § § § § § § § § § § § § § § § | Civil Action No. 4:17-CV-352<br>(Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 3, 2018, the report of the Magistrate Judge (Dkt. #102) was entered containing proposed findings of fact and recommendations that Plaintiff's Third Motion for Default Judgment Against Wells Fargo Bank, N.A. and Texas Custom Pools, Inc. (Dkt. #90) be granted, and that default judgment be entered for Plaintiff.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Third Motion for Default Judgment Against Wells Fargo Bank, N.A. and Texas Custom Pools, Inc. (Dkt. #90) is **GRANTED** and a default judgment shall be entered for Plaintiff.

**IT IS SO ORDERED.**

SIGNED this 11th day of September, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE